# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SOLOMONA RICKY PATU,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID DAVID,<br><br>                Defendant. | CASE NO. 2:22-cv-00532-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

The Court having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections and the record, now finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     This case shall be dismissed without prejudice, 21 days from issuance of this order unless Plaintiff pays the filing fee.

(3)     The Clerk shall provide Plaintiff a copy of this order.

DATED this 2nd day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1